RECEIVED IN
The ___ urt of Appeals
Sixth District

DEC 1 4 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

DEC 1 4 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## Motion to Extend Time
### T. R. App. p 10.5(b)

The deadline in Cause 06-15-00093-CV is December 14, 2015. Appellant Request a 60 day Extention to propair and gather the Nessassary Documents Need to Challenge Order in 505-14 Signed on September 1, 2015. The reason fore Extention is that Appellant has been in Constant Transit Status Since filing his Notice of Appeal on October 1st 2015, Therefore, Several Documents relating to the preparation of Appellate's breif had to be mailed home to to County's and T.D.C.J's restrictions on Excessive property during tranfus. Appellant have requsted No previous Extentions.

Appellant prays that Extention be Granted and Any other Releif Courts deems Appoiate.

Signed this 10th day of December 2015

_Cedric Acy_
Appellant - Cedric Acy - Pro-Se